Entered on Docket
April 01, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

ERIC PALACIOS, ESQ.
Nevada Bar No.  7120
BENNAIR R. BATEMAN, ESQ.
Nevada Bar No.  9338
LICEU S. PEREIRA, ESQ.
Nevada Bar No. 10954
ERIC PALACIOS & ASSOCIATES, LTD.
1904 S. Maryland Parkway
Las Vegas, Nevada 89104
(702) 650-0777
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re | Case No.  BK-S-09-25127-LBR |
|---|---|
| | Chapter 13 |
| GERARDO SANCHEZ, | Trustee:  RICK YARNALL |
| | Hearing Date:          2-18-10 |
| | Hearing Time:          2:30 p.m. |
| Debtors/ | |

## ORDER GRANTING MOTION TO STRIP SECOND TRUST DEED

THIS MATTER having come before the Court for a hearing on February 18, 2010 on

Debtor's Motion To Value Collateral and Modify Rights of CITIFINANCIAL Pursuant to 11

U.S.C. §506(a) and §1322, and based upon the papers and pleadings on file herein, and good

cause appearing; the Court finds as follows:

/ / /

-1-

1    1.    The Debtor's real property located at 2202 E. Mesquite Ave., Las Vegas, NV

2  89101 (the "Subject Property") is valued at $72,000.00 as of the date of filing Debtor's Chapter

3  13 Petition;

4

5    2.    The Subject Property is collateral for BAC HOMELOANS (formerly known as

6  COUNTRYWIDE) as 1st Lienholder's senior secured claim (Loan # 136761862) for the amount

7  of $152,956.00; and

8    3.    On the filing date of the instant Chapter 13 Petition, CITIFINANCIAL as 2nd

9  lienholder's claim (Loan # 6072803017200816) was wholly unsecured.

10

11    IT IS THEREFORE ORDERED THAT CITIFINANCIAL'S 2nd LIENHOLDER'S

12  secured claim is "stripped off" and avoided pursuant to 11 U.S.C. §506(a);

13    IT IS FURTHER ORDERED THAT CITIFINANCIAL'S 2nd LIENHOLDER'S secured

14  rights and lien holder rights in the Subject Property are hereby terminated and

15  CITIFINANCIAL'S as the 2nd LIENHOLDER shall be paid as a general unsecured creditor

16  through the Debtors' Chapter 13 plan;

17

18    IT IS FURTHER ORDERED THAT in the event the instant Chapter 13 matter is

19  converted to a Chapter 7 case, this order will be void and without effect; and

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

1         IT IS FURTHER ORDERED THAT in the event the instant Chapter 13 matter is

2    dismissed for any reason, CITIFINANCIAL'S 2nd LIENHOLDER'S claim shall be reinstated to

3    its status as a secured claim on the Subject Property pursuant to 11 U.S.C., §349(b).

4         IT IS SO ORDERED.

5

6         DATED this _____ day of _____, 2010.

7    ERIC PALACIOS & ASSOCIATES

8

9     /s/ LICEU S. PEREIRA_____
   ERIC PALACIOS, ESQ.

10   Nevada Bar No. 007120
   BENNAIR R. BATEMAN, ESQ.

11   Nevada Bar No. 009338

12   LICEU S. PEREIRA, ESQ.
   Nevada Bar No. 10954

13   1904 S. Maryland Parkway
   Las Vegas, Nevada 89104

14   Attorney for Debtors

15   APPROVED/DISAPPROVED AS TO FORM AND CONTENT:

16

17   _____

18   RICK YARNALL, TRUSTEE
   701 Bridger #820

19   Las Vegas, NV  89101

20

21   APPROVED/DISAPPROVED AS TO FORM AND CONTENT:

22   WILDE & ASSOCIATES

23

24   _____

   GREGORY L. WILDE, ESQ.

25   Nevada Bar No.  4417

   212 S. Jones Blvd.

26   Las Vegas, NV  89107

27   / / /

28   / / /

1  NOTICE - ALTERNATIVE METHOD re: RULE 9021:

2      In accordance with LR 9021, counsel submitting this document certifies as follows:

3  _____        The Court waived the requirements of LR 9021.

4

5  _____        I have delivered a copy of this proposed order to all counsel who appeared
                        at the hearing, any unrepresented parties who appeared at the hearing, and
6                       any trustee appointed in this case, and each has approved or disapproved
                        the order, or failed to respond, as indicated below:

7      Party:           Chapter 13 Trustee

8

9              _____ Approved  _____ Disapproved  XX  Failed to Respond

10

11             Gregory L. Wilde, Esq, of WILDE & ASSOCIATES

12             _____ Approved  _____ Disapproved  XX  Failed to Respond

13

14 Submitted By:

15 ERIC PALACIOS & ASSOCIATES

16
        /s/  Liceu S, Pereira
17 LICEU S. PEREIRA, ESQ.
   Nevada Bar No. 10954
18 Attorneys for Debtors

19

20

21

22

23

24

25

26

27

28